EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte:<br><br>Aprobación de Cambio de<br>Estatus Inactivo de junio de 2023 | 2023 TSPR 92<br><br>212 DPR \_\_\_ |

Número del Caso:  EM-2023-0008

Fecha:  14 de julio de 2023

Materia: Aprobación de Cambio de Estatus Inactivo de junio de 2023.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex Parte: | | |
|---|---|---|
| Aprobación de Cambio de Estatus Inactivo de junio de 2023 | EM-2023-0008 | |

Sala de Verano integrada por el Juez Asociado señor Martínez Torres como su Presidente, la Jueza Asociada señora Pabón Charneco, el Juez Asociado señor Rivera García y el Juez Asociado señor Colón Pérez.

RESOLUCIÓN

En San Juan, Puerto Rico, a 14 de julio de 2023.

Durante el mes de junio de 2023, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a los(as) abogados(as) siguientes:

| | |
|---|---|
| González Martí, Enrique | 3,877 |
| Martinó Martinó, José F. | 5,180 |
| Martínez Morillo, Walter X. | 6,550 |
| Ortiz Miller, José M. | 7,096 |
| Díaz Rivera, Carlos | 7,488 |
| Villalobos González, Jimmy | 9,281 |
| Albelo Montano, Carlos A. | 16,294 |
| Cintrón Ortiz, Irvin E. | 17,593 |
| Marcinik Pedreira, Kristina María | 18,280 |
| Bethencourt Graterón, Juan Antonio | 19,675 |
| Acevedo Fernández, Ruth | 20,559 |

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo